IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO,<br><br>          Plaintiff,<br><br>     v.<br><br>CASRIK INC,<br><br>          Defendant. | No.     C05-01250 MJJ<br><br>**ORDER TO SHOW CAUSE** |

On March 21, 2005, the clerk entered default as to Defendants Casrik Inc. and Joel Carone. There have been no proceedings in this case since that time. Plaintiff is hereby **ORDERED** to show cause in writing, by **October 14, 2005**, why no motion for default judgment has been filed in this case. Failure to respond to this order shall result in the imposition of sanctions, which may include the dismissal of the case.

**IT IS SO ORDERED.**

Dated:     10/4/05



Judge Martin J. Jenkins