IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, ET AL., | No. C 05-1250 MJJ |
| Plaintiffs, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| CASRIK, INC., ET AL., | |
| Defendants. | |

Pending before the Court are Plaintiffs' Motion for Default Judgment (Doc. #10). On May 25, 2006, Chief Magistrate Judge James Larson issued a Report and Recommendation ("R&R") granting Plaintiffs' Motion (Doc. #19). Pursuant to Federal Rule of Civil Procedure 72(b), after Judge Larson issued his R&R, Defendants had 10 days to serve and file objections to the recommended disposition of the matter. Defendants did not file any objection within this time period.

The Court has considered the R&R and agrees with Judge Larson's analysis and conclusions. Accordingly, the Court **ADOPTS** the R&R, and **GRANTS** Plaintiffs' Motion for a Default Judgment as follows:

As to Plaintiffs' First Cause of Action, the Court **ORDERS** that Plaintiffs shall recover from Defendants Casrik, Inc., and Joel Carone, who shall be jointly and severally liable therefor, the sum of $23,533.86, consisting of $17,509.66 for unpaid contributions, $4,524.20 for interest as of October 25, 2005 on the unpaid balances of the monthly employer obligations, plus further interest on the unpaid

contributions at $8.63 per day from that date until the date of judgment, and $1,500.00 for "flat fee" liquidated damages.

With respect to Plaintiffs' Second Cause of Action, the Court **GRANTS** Plaintiffs' request for an injunction requiring Defendants to submit to an audit of their financial records. Defendants shall immediately submit to an audit and shall grant Plaintiffs access to those financial records necessary to conduct the audit. The financial records shall include, for the time period October 2003 through the present, at a minimum: Individual earnings records; Federal Tax Forms W-3/W-2 and 1069/1099; Reporting forms for all Trust Funds, State DE-3/DE-6 Tax Reports; Workers' compensation insurance; Employee time cards; Payroll Registers/Journals; Quarterly payroll tax returns (Form 941); Check register and supporting cash vouchers; Forms 1120, 1040 or partnership tax returns; General ledger; Source Records, including time cards and time card summaries for all employees; Certified payroll reports; Personnel records indicating job classifications and hire/termination dates; Cash disbursement journal; Vendor invoices; Copies of subcontract agreements; Cash receipts journal; Job cost records; Records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation of Defendants' financial records.

The Court shall retain jurisdiction over Plaintiffs' Second Cause of Action to oversee compliance with this judgment. Additionally, the Court retains jurisdiction to enforce its Order herein and to hear a motion for a further money judgment for unpaid employer contributions and related expenses owed by Defendant or Defendants as may be discovered by such audit or further discovery.

The Court further **ORDERS** that Plaintiffs shall recover from Defendants costs in the amount of $434.24 reasonably incurred in bringing this action, and attorneys fees in the sum of $6,210.00, reasonably incurred by Plaintiffs' counsel in prosecution of this action to the date of this judgment.

Finally, the Court **ORDERS** that Plaintiffs shall recover from Defendants such interest as shall accrue on the money judgment at the contractual rate of 18% per annum, and Plaintiffs shall recover such post-judgment costs including attorneys' fees as may be reasonably incurred and as may be shown in enforcing this judgment.

The Court enters judgment for Plaintiffs, exclusive of any post-judgment interest, costs, or

2

attorneys fees, in the amount of $30,178.10, plus further interest (on $17,509.66) at $8.63 per day from October 25, 2005, to the date of judgment.

**IT IS SO ORDERED.**

Dated: August 15, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

3